B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>Northern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sea Shell Collections, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **26-0891469** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**800-888 Gulf Breeze Pkwy**<br>**Gulf Breeze, FL**<br>ZIPCODE **32561** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Santa Rosa** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 12524**<br>**Pensacola, FL**<br>ZIPCODE **32591** | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| **Chapter 15 Debtor**<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☑ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>--<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13) Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Sea Shell Collections, LLC** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location <br> Where Filed: **None** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> **See Schedule Attached** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X _____ <br> Signature of Attorney for Debtor(s)      Date |
|---|---|

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)
☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)
☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.
☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13) — Page 3

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Sea Shell Collections, LLC** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.
(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

Date

### Signature of Attorney*

X **/s/ Jeffery J. Hartley**
Signature of Attorney for Debtor(s)

**Jeffery J. Hartley ASB-4885-h66j**
**Jeffery J. Hartley**
**Helmsing Leach Herlong Newman & Rouse**
**P.O. Box 2767**
**Mobile, AL 36652**

**jjh@helmsinglaw.com**

**July 29, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Mary Moulton**
Signature of Authorized Individual

**Mary Moulton**
Printed Name of Authorized Individual

**VP Of Member-Moulton Properties Inc**
Title of Authorized Individual

**July 29, 2014**
Date

X _____
Signature

_____
Date
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Sea Shell Collections, LLC _____ Case No. _____
                               Debtor(s)

## VOLUNTARY PETITION
### Continuation Sheet - Page 1 of 1

Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor:

Name of Debtor: Mo'Trees, LLC
Case Number: 14-30496
Date Filed: 5/6/14
District: Northern District Of Florida
Relationship: Affiliate
Judge: Karen Specie

Name of Debtor: Mo'Airport, LLC
Case Number: 13-30686
Date Filed: 5/28/13
District: Northern District Of Florida
Relationship: Affiliate
Judge: William S. Shulman

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| SEA SHELL COLLECTIONS, LLC, | ) CHAPTER 11 |
| | ) CASE NO. 14- |
| DEBTOR-IN-POSSESSION. | ) |

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, MARY MOULTON, declare under penalty of perjury that I am the VICE-PRESIDENT OF THE SOLE MEMBER, MOULTON PROPERTIES, INC. of SEA SHELL COLLECTIONS, LLC ("SEA SHELL"), and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 28th day of July, 2014.

"Whereas, it is in the best interest of SEA SHELL to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be it Therefore Resolved, that MARY MOULTON, VICE-PRESIDENT OF THE SOLE MEMBER, MOULTON PROPERTIES, INC. of SEA SHELL, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of SEA SHELL; and

Be It Further Resolved, that MARY MOULTON, VICE-PRESIDENT OF THE SOLE MEMBER, MOULTON PROPERTIES, INC. of SEA SHELL is authorized and directed to appear in all bankruptcy proceedings on behalf of SEA SHELL, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of SEA SHELL in connection with such bankruptcy case, and

405744

Be It Further Resolved, that MARY MOULTON, VICE-PRESIDENT OF THE SOLE MEMBER, MOULTON PROPERTIES, INC. of SEA SHELL is authorized and directed to employ JEFFERY J. HARTLEY, ASB-4885-H66J, attorney and the law firm of HELMSING, LEACH, HERLONG, NEWMAN & ROUSE, P.C. to represent SEA SHELL in such bankruptcy case."

DATED this the 29th day of July, 2014.

/s/Mary Moulton
MARY MOULTON, VICE-PRESIDENT OF
MOULTON PROPERTIES, INC.,
SOLE MEMBER OF SEA SHELL
COLLECTIONS, LLC

Resolution of Board of Directors
of
**SEA SHELL COLLECTIONS, LLC**
(the "Company")

Whereas, it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that MARY MOULTON, VICE-PRESIDENT OF THE SOLE MEMBER, MOULTON PROPERTIES, INC. of the Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that MARY MOULTON, VICE-PRESIDENT OF THE SOLE MEMBER, MOULTON PROPERTIES, INC. of the Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

Be It Further Resolved, that MARY MOULTON, VICE-PRESIDENT OF THE SOLE MEMBER, MOULTON PROPERTIES, INC. of the Company is authorized and directed to employ JEFFERY J. HARTLEY, ASB-4885-H66J, attorney and the law firm of HELMSING, LEACH, HERLONG, NEWMAN & ROUSE, P.C. to represent the Company in such bankruptcy case.

Date: July 29, 2014           Signed: /s/Mary Moulton

Date: _____      Signed: _____

405746

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Florida

IN RE:  
Sea Shell Collections, LLC  
Debtor(s)

Case No. _____  
Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Allen D. Davis<br>Shirley D. Davis<br>214 Dolphin Street<br>Gulf Breeze, FL 32561 | | Note and Mortgage Holder | | 924,441.34<br>Collateral:<br>23,200,000.00<br>Unsecured:<br>771,722.33 |
| Stephen Stewart Enterprises Inc.<br>820 South K Street<br>Pensacola, FL 32502 | | Note Holder | | 746,395.65 |
| Santa Rosa County Tax Collector<br>P.O. Box 7100<br>Milton, FL 32572-7100 | | Property Taxes | | 267,917.05 |
| Clark, Partington, Hart, Larry, Bond & Stackhouse<br>P.O. Box 13010<br>Pensacola, FL 32591-3010 | | Professional Fees | | 42,110.78 |
| Durney Properties Inc.<br>220 South Palafox Place<br>Pensacola, FL 32502 | | Panera Commission | | 23,850.00 |
| Trademark Properties<br>5120 N. Palafox Street<br>Pensacola, FL 32505 | | Panera Commission | | 23,850.00 |
| Armstrong Electric Co Inc<br>4920 Chaney Street<br>Pensacola, FL 32503 | | Electrical work | | 15,963.13 |
| Caldwell Associates Architects, Inc.<br>116 N. Tarragona Street<br>Pensacola, FL 32502 | | Professional Fees | | 13,907.08 |
| L Pugh & Assoc Inc.<br>10108 North Palafox<br>Pensacola, FL 32534 | | Fire sprinkler | | 9,137.80 |
| MMI Mechanical Contractors Inc.<br>4904 W. Spencerfield Rd<br>Milton, FL 32571 | | Plumbing services | | 7,225.60 |
| Mitchell C. Salva<br>4941 Hickory Shores Blvd<br>Gulf Breeze, FL 32563 | | Cabinet work (Rotolos) | | 201.00 |
| Ace Hardware Of Gulf Breeze<br>1131 Gulf Breeze Pkwy<br>Gulf Breeze, FL 32561 | | Open Account | | 47.96 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **July 29, 2014**   Signature: */s/ Mary Moulton*

**Mary Moulton, VP Of Member-Moulton Properties Inc**
(Print Name and Title)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sea Shell Collections, LLC
P.O. Box 12524
Pensacola, FL  32591


Jeffery J. Hartley
Helmsing Leach Herlong Newman & Rouse
P.O. Box 2767
Mobile, AL  36652

Sea Shell Collections, LLC
P.O. Box 12524
Pensacola, FL 32591

Durney Properties Inc.
220 South Palafox Place
Pensacola, FL 32502

MRR Styles, LLC
Supercuts
135 Willow Lake Drive
Fairhope, AL 36532

Ace Hardware Of Gulf Breeze
1131 Gulf Breeze Pkwy
Gulf Breeze, FL 32561

Elite Nails
860 Gulf Breeze Pkwy
Gulf Breeze, FL 32561

Pizzaz, LLC
832 Gulf Breeze Pkwy
Gulf Breeze, FL 32561

Allen D. Davis
Shirley D. Davis
214 Dolphin Street
Gulf Breeze, FL 32561

Gibson Girl, LLC
816 Gulf Breeze Pkwy
Gulf Breeze, FL 32561

Publix Supermarket Inc.
P.O. Box 407
Lakeland, FL 33802

Armstrong Electric Co Inc
4920 Chaney Street
Pensacola, FL 32503

Gulf Breeze Family Eye Care
5101 N. Davis Highway
Pensacola, FL 32503

Publix Supermarkets Inc. (Liquor Store)
P.O. Box 407
Lakeland, FL 33802

Attorney General Of The United States
U.S. Department Of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Ice Dreamers Inc. (Marble Slab)
840 Gulf Breeze Pkwy
Gulf Breeze, FL 32561

Rotolo's Of Gulf Breeze LLC
P.O. Box 2922
Harvey, LA 70059

Bella Biles LLC
4637 Briaroak Drive
Pace, FL 32571

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Santa Rosa County Tax Collector
P.O. Box 7100
Milton, FL 32572-7100

Broken Road Ventures
Jennifer S. Poland; Roly Poly
6810 Kitty Hawk Drive
Pensacola, FL 32506

Jeffrey Kolessar, Receiver
8 Penn Center, 3rd Floor
1628 John F. Kennedy Blvd
Philadelphia, PA 19103

Shan Kishi Japanese Hibachi LLC
804 Gulf Breeze Pkwy
Gulf Breeze, FL 32561

Caldwell Associates Architects, Inc.
116 N. Tarragona Street
Pensacola, FL 32502

L Pugh & Assoc Inc.
10108 North Palafox
Pensacola, FL 32534

Stabilis Master Fund, III, LLC
C/O John H. Adams Esq
30 S. Spring Street
Pensacola, FL 32502

Clark, Partington, Hart, Larry,
Bond & Stackhouse
P.O. Box 13010
Pensacola, FL 32591-3010

Mitchell C. Salva
4941 Hickory Shores Blvd
Gulf Breeze, FL 32563

Stephen Stewart Enterprises Inc.
820 South K Street
Pensacola, FL 32502

Dixie Health Of Pensacola, Inc.
880 Gulf Breeze Parkway
Gulf Breeze, FL 32561

MMI Mechanical Contractors Inc.
4904 W. Spencerfield Rd
Milton, FL 32571

Trademark Properties
5120 N. Palafox Street
Pensacola, FL 32505

Waghalter Investment Group, Inc.
D/B/A Remax On The Coast
836 Gulf Breeze Pkwy
Gulf Breeze, FL  32561