UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                         )
                                               )
SEA SHELL COLLECTIONS, LLC[1],                 )     CHAPTER 11
                                               )     CASE NO. 14-30813
        DEBTOR-IN-POSSESSION.                  )

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1 and Administrative Order No. 05-001, Sea Shell Collections, LLC ("Sea Shell" or the "Debtor"), files this *Chapter 11 Case Management Summary* and states:

The following data and the data set forth in the attached exhibits represent approximations for background information only and the information may represent the Debtor's reasonable estimate in response to some of the ensuing questions.

1. **Date of Order for Relief under Chapter 11 (filing date of petition if voluntary chapter 11 petition):**

    The Debtor filed a Voluntary Chapter 11 Petition in the United States Bankruptcy Court for the Northern District of Florida on July 29, 2014 (the "Petition Date").

2. **Names, case numbers and dates of filing of related Debtor:**

    Mo'Trees, LLC; Case Number 14-30496; Date Filed-5/6/14 in Northern District of Florida; Affiliate

    Mo'Airport, LLC; Case Number 13-30686; Date Filed- 5-28-13 in Northern District of Florida; Affiliate

3. **Description of Debtor's business:**

    The Debtor owns and operates a Publix-anchored shopping center in Gulf Breeze, Florida. The shopping center sits on 16-25 acres, contains 89,263 square feet and has four out parcels.

---

[1] The last four digits of the Debtor's taxpayer identification number are 1469, and the Debtor's mailing address is P.O. Box 12524, Pensacola, Florida 32591.

4. **Location of Debtor's operations and whether the business premises are leased or owned:**

   Location of operations: P.P. Box 12524, Pensacola, Florida 32591. The shopping center is located at the northeast corner of Highway 98 and Daniel Drive, Gulf Breeze, Florida.

5. **Reasons for filing chapter 11:**

   The Debtor commenced this case to preserve the value of its assets and restructure its liabilities, particularly its indebtedness to its senior secured creditor.

6. **List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:**

   N/A

7. **Debtor's fiscal or calendar year to date gross revenues and the Debtor's revenues for the calendar or fiscal year prior to the filing of the petition:**

   **Debtor's Annual Net Revenues:**

   2013- $1,603,913.00.
   YTD- $713,106.00 (as of 6/20/14).

8. **Amounts owed to various creditors:**

   a. **Priority Creditors- Unknown**

   b. **Secured Creditors- $23,970,405.21**

   c. **Unsecured Creditors- $1,150,606.50**

   d. **Equity Claims - $0.00**

9. **General description and approximate value of the Debtor's assets as of May 31, 2012:**

   The Debtor's property is described above. Estimated Book Value: $23,200,000.00.

10. **List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:**

    See attached **Exhibit "A"**

11. **Number of employees and amounts of wages owed as of petition date:**

    None.

12. **Status of Debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 Debtor (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):**

    N/A

13. **Anticipated emergency relief to be requested within 14 days from the petition date:**

    Debtor's Emergency Motion for Interim and Final Order Authorizing Use of Cash Collateral

    Debtor's Application for Approval, on an Interim and Final Basis, of Employment of Helmsing, Leach, Herlong, Newman & Rouse P.C. as Counsel for Debtor in Possession *Nunc Pro Tunc* to the Petition Date.

    Debtor's Motion for an Order Under 11 U.S.C. § 366 to Permit Payment of Pre and Post-Petition Accounts for Electrical Service/Utilities, Prohibiting Utility Providers from Altering, refusing, or discontinuing Service, and Deeming Utilities Adequately Assured of Future Performance.

Dated this 29th day of July, 2014.

                                                Respectfully submitted,

                                                SEA SHELL COLLECTIONS, LLC

                                                By: /s/Mary Moulton
                                                     MARY MOULTON, Vice-President
                                                     of Moulton Properties, Inc.
                                                     Sole Member of Debtor



# CERTIFICATE OF LIABILITY INSURANCE

| MOULT-1 | OP ID: DH |
|---|---|
| | DATE (MM/DD/YYYY) 05/30/2014 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | |
|---|---|---|
| Whitman & Whitman, Inc. 2032-A Creighton Road Pensacola, FL 32504 Linda B. Whitman | PHONE (A/C, No, Ext): | FAX (A/C, No): |
| | E-MAIL ADDRESS: | |
| | INSURER(S) AFFORDING COVERAGE | NAIC # |
| | INSURER A : Western World | |
| INSURED    Moulton Properties, Inc. Mary & Bob Moulton P. O. Box 12524 Pensacola, FL 32591 | INSURER B : Chartis Specialty Ins Co-NY | |
| | INSURER C : | |
| | INSURER D : | |
| | INSURER E : | |
| | INSURER F : | |

## COVERAGES    CERTIFICATE NUMBER:    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** X COMMERCIAL GENERAL LIABILITY   CLAIMS-MADE  X  OCCUR | | | BRP0001612 | 07/04/2013 | 07/04/2014 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 50,000 |
| | | | | | | | MED EXP (Any one person) | $ EXCLUDED |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: POLICY  PRO-JECT  LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | | $ |
| | **AUTOMOBILE LIABILITY** ANY AUTO ALL OWNED AUTOS   SCHEDULED AUTOS HIRED AUTOS   NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (PER ACCIDENT) | $ |
| | | | | | | | | $ |
| B | **UMBRELLA LIAB**  X  OCCUR X **EXCESS LIAB**  CLAIMS-MADE DED  X  RETENTION $ 0 | | | 031731188 | 07/04/2013 | 07/04/2014 | EACH OCCURRENCE | $ 10,000,000 |
| | | | | | | | AGGREGATE | $ 10,000,000 |
| | | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | | N/A | | | | WC STATU-TORY LIMITS / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
RE: Sea Shell Collections at 700-896 Gulf Breeze Pkwy  Gulf Breeze, FL 32561

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| UNITED0 Office of United States Trustee Attn: Charles Edwards 110 E Park Ave, Ste 128 Tallahassee, FL 32301 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. AUTHORIZED REPRESENTATIVE *[signature: Linda B. Whitman]* |

EXHIBIT "A"

© 1988-2010 ACORD CORPORATION. All rights reserved.
ACORD 25 (2010/05)    are registered marks of ACORD

| NOTEPAD | INSURED'S NAME Moulton Properties, Inc. | MOULT-1<br>OP ID: DH | PAGE 2<br>Date 05/30/2014 |
|---|---|---|---|

James C Moulton; Robert W Moulton & Laurence A Moulton Trust, tenants in comon; Robert W Moulton Mo Construction LLC; Pensacola Candy Co; MoAirport LLC; Mo Perdido LLC; MoTrees, LLC Moulton Brothers LLC are named insureds.

| NOTEPAD | | MOULT-1 | PAGE 2 |
|---|---|---|---|



# EVIDENCE OF PROPERTY INSURANCE

CSR: TL
DATE (MM/DD/YYYY): 05/30/2014

THIS EVIDENCE OF PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

**AGENCY**
Whitman & Whitman, Inc.
2032-A Creighton Road
Pensacola, FL 32504
James Lee

PHONE (A/C, No, Ext): 850-477-8060
FAX (A/C, No): 850-474-0378
E-MAIL ADDRESS:
CODE:   SUB CODE:
AGENCY CUSTOMER ID #: MOULT-1

**COMPANY**
Lloyd's of London
One Lime Street
London, UK

**INSURED**
Moulton Properties, Inc.
Mary & Bob Moulton
P. O. Box 12524
Pensacola, FL 32591

LOAN NUMBER: SEA SHELL COLL
POLICY NUMBER: AMR34055
EFFECTIVE DATE: 06/29/13
EXPIRATION DATE: 06/29/14
CONTINUED UNTIL TERMINATED IF CHECKED: [ ]
THIS REPLACES PRIOR EVIDENCE DATED:

**PROPERTY INFORMATION**
LOCATION/DESCRIPTION
700-896 Gulf Breeze Pkwy
Gulf Breeze, FL 32561

Sea Shell Collections

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

**COVERAGE INFORMATION**

| COVERAGE / PERILS / FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| BUILDING SEPARATE 5% WIND/HAIL DEDUCTIBLE | 12,050,000 | 25,000 |

**REMARKS (Including Special Conditions)**

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**ADDITIONAL INTEREST**
NAME AND ADDRESS
Office of UnitedStatesTrustee
Attn: Charles Edwards
110 E Park Ave E, Ste 128
Tallahassee, FL 32301

[ ] MORTGAGEE   [ ] ADDITIONAL INSURED
[ ] LOSS PAYEE
LOAN #:
AUTHORIZED REPRESENTATIVE
*Linda Whitman* (signature)

ACORD 27 (2009/12)
© 1993-2009 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD